# First District Court of Appeal
## State of Florida

_____

No. 1D17-4030
_____

Mary Hektner,

    Appellant,

    v.

School Board of Brevard
County, and Sedgwick CMS,
Inc.

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: April 20, 1995.

May 11, 2018

Per Curiam.

    Affirmed.

Lewis, Makar, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

William H. Rogner of Hurley, Rogner, Miller, Cox, & Waranch, P.A., Winter Park., for Appellees.